## THE PEOPLE ex rel. CORMICK CREEGAN v. HENRY DUTCHER, POLICE JUSTICE, ETC., RESPONDENT.

*Chapter* 370, *Laws of* 1873 — *Constitution, art.* 6, *section* 19 — *power of Legislature under.*

The legislature has power to create the office of police justice in the village of Port Jervis, and his jurisdiction is sufficiently defined in the act creating the office. (Sec. 40, chap. 370, Laws of 1873.)

The court is an inferior, local one, and, under article 6, section 19 of the Constitution, the justice could be elected or appointed at such times and in such manner as the legislature should direct.

*Brandon* v. *Avery* (22 N. Y., 469) followed.

CERTIORARI to review a judgment rendered by the defendant as police justice of the village of Port Jervis.

*George A. Clement, Jr.*, for the relator.

*Lewis E. Carr* and *Thomas J. Lyon*, for the respondent

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

Judgment affirmed with costs.